IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DERRICK LEE JOHNSON,
ADC #110079                                                                                    PLAINTIFF

v.                                              5:10CV00015HLJ

LARRY NORRIS, et al.                                                                      DEFENDANTS

## ORDER

By Order dated January 26, 2010, this Court directed the issuance of summons and service of plaintiff's complaint on defendants. Summons was returned, unexecuted, with respects to defendants Curtis Gibson and John Whaley on February 18, 2010 (DE ##15, 16). Included with each return and filed under seal is a memo from defendants containing defendants' last-known addresses. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendants Curtis Gibson and John Whaley, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (DE #2) on defendants at the addresses provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 2nd day of March, 2010.

_____
United States Magistrate Judge