IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DERRICK LEE JOHNSON,
ADC #110079                                                                                       PLAINTIFF

v.                          5:10CV00015BSM-JTK

LARRY NORRIS, et al.                                                                      DEFENDANTS

## ORDER

Defendants' motion to stay discovery (Doc. No. 41), pending a ruling on the motions to dismiss and for judgment on the pleadings (Doc. Nos. 18, 32, 38) is hereby GRANTED. Plaintiff shall file a response to defendant Gibson's motion to dismiss and defendant Whaley's motion for judgment on the pleadings within ten days of the date of this Order. Failure to respond shall result in the dismissal without prejudice of plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 23rd day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE