IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DERRICK LEE JOHNSON,
ADC #110079                                                                                    PLAINTIFF

v.                                         5:10CV00015JTK

LARRY NORRIS, et al.                                                                    DEFENDANTS

## ORDER

On May 5, 2010, I issued a Report and Recommendation that defendants' motions to dismiss and for judgment on the pleadings (Doc. Nos. 18, 32, 38) be granted. On May 19, 2010, the parties consented to transfer to me all further proceedings in this action (Doc. No. 51). Therefore, the May 5, 2010 Recommended Disposition shall now be treated as an Opinion of the Court. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motions to dismiss and for judgment on the pleadings (Doc. Nos. 18, 32, 38) are hereby GRANTED, and plaintiff's complaint against defendants is hereby DISMISSED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 24th day of May, 2010.

_____
United States Magistrate Judge

1