IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DERRICK LEE JOHNSON,
ADC #110079                                                                                          PLAINTIFF

VS.                                         CASE NO. 5:10CV00015JTK

LARRY NORRIS, et al.                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED for failure to state a claim. The relief sought is denied.

IT IS SO ADJUDGED this 24th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE